CARLOS JIMENEZ, Bar No. 227534
cajimenez@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California  90071
Telephone:   213.443.4300
Facsimile:   213.443.4299

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583

EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  3:16-cv-03134-EMC<br><br>**STIPULATION TO EXTEND DEFENDANT UBER TECHNOLOGIES, INC.'S TIME TO FILE A RESPONSIVE PLEADING**<br><br>Complaint Filed: June 9, 2016 |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

STIP TO EXTEND DEF UBER'S TIME TO FILE A RESPONSIVE PLEADING

Case No. 3:16-cv-03134-EMC

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Civil Rule 6-1, the Parties, through their undersigned counsel hereby stipulate and agree that Defendant UBER TECHNOLOGIES, INC. ("Defendant") may have until August 11, 2016 to file its answer, motion or other response to the Complaint filed by Plaintiff TODD JOHNSTON ("Plaintiff").

Defendant has not obtained any other extensions of time to respond to Plaintiff's Complaint. No objections, arguments, or defenses are waived by either Party by virtue of this stipulation. This stipulation will not require the alteration of any deadline already set by Court Order.

Dated: July 5, 2016

/s/ Carlos Jimenez
CARLOS JIMENEZ
EMILY E. O'CONNOR
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: July 5, 2016

/s/ Brian J. Malloy
THOMAS J. BRANDI
BRIAN J. MALLOY
THE BRANDI LAW FIRM
Attorneys for Plaintiff
TODD JOHNSTON

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

STIP TO EXTEND DEF UBER'S TIME TO FILE A RESPONSIVE PLEADING    1.    Case No. 3:16-cv-03134-EMC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Carlos Jimenez, attest that concurrence in the filing of this document has been obtained.

/s/ *Carlos Jimenez*
CARLOS JIMENEZ

Firmwide:141303640.2 073208.1000

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

STIP TO EXTEND DEF UBER'S TIME TO FILE A RESPONSIVE PLEADING    2.    Case No. 3:16-cv-03134-EMC