Michael L. Slack (Texas Bar No. 18476800)
mslack@slackdavis.com
*Admitted Pro Hac Vice*
John R. Davis (Cal. Bar No. 308412)
jdavis@slackdavis.com
*Admitted Pro Hac Vice*
SLACK & DAVIS, LLP
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Thomas J. Brandi (Cal. Bar No. 53208)
tjb@brandilaw.com
Brian J. Malloy (Cal. Bar No. 234882)
bjm@brandilaw.com
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
415-989-1800

***Attorneys for Plaintiff Todd Johnston***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>  Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>  Defendant.<br><br><u>Related to:</u><br>*O'Connor et al. v. Uber Tech., Inc.*, No. 3:13-cv-3826-EMC | Case No. 3:16-cv-3134-EMC<br>[Related to Case No. 3:13-cv-3826-EMC]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Edward M. Chen<br>Courtroom:    5 |

## STIPULATION

1. WHEREAS, an initial case management conference was originally set for September 29, 2016;

2. WHEREAS, Defendant Uber Technologies, Inc. filed a motion to stay proceedings, with a hearing date of September 22, 2016;

3. WHEREAS, on August 12, 2016, the initial case management conference was continued to October 27, 2016;

4. WHEREAS, counsel for Plaintiff Todd Johnston has a conflict with the October 27, 2016 date;

5. WHEREAS, the parties have met and conferred on alternative dates in which counsel for both sides are available based on the Court's Scheduling Notes on availability; and

6. WHEREAS, the parties stipulate and respectfully request that the initial case management conference be continued to the earlier available date of November 17, December 1, December 8 or December 15, 2016.

Dated: August 24, 2016

/s/ Emily E. O'Connor
CARLOS JIMENEZ
EMILY E. O'CONNOR
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: August 24, 2016

/s/ Brian J. Malloy
THOMAS J. BRANDI
BRIAN J. MALLOY
THE BRANDI LAW FIRM
Attorneys for Plaintiff
TODD JOHNSTON

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE - Case No.: 3:16-cv-3134-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The initial case management conference is continued from October 27, 2016 to November 17, 2016 at 9:30 a.m.  A joint CMC statement shall be filed by November 10, 2016.

Dated: 8/29/2016

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE -
Case No.: 3:16-cv-3134-EMC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Brian J. Malloy, attest that concurrence in the filing of this document has been obtained.

*/s/ Brian J. Malloy*
BRIAN J. MALLOY

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE - Case No.: 3:16-cv-3134-EMC