| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233<br>kjacoby@littler.com |
| 2 | CARLOS JIMENEZ, Bar No. 227534<br>cajimenez@littler.com |
| 3 | LITTLER MENDELSON, P.C.<br>2049 Century Park East, 5th Floor |
| 4 | Los Angeles, California 90067.3107<br>Telephone: 310.553.0308 |
| 5 | Facsimile: 310.553.5583 |
| 6 | ANDREW M. SPURCHISE, Bar No. 245998<br>aspurchise@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>900 Third Avenue |
| 8 | New York, New York 10022.3298<br>Telephone: 212.583.9600 |
| 9 | Facsimile: 212.832.2719 |
| 10 | SOPHIA BEHNIA, Bar No. 289318<br>sbehnia@littler.com |
| 11 | LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor |
| 12 | San Francisco, California 94104<br>Telephone: 415.433.1940 |
| 13 | Facsimile: 415.399.8490 |
| 14 | Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. |

[*Additional Counsel Listed on Follow Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>   Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>   Defendant. | | Case No. 3:16-CV-03134-EMC<br><br>**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Current CMC Date: November 30, 2017<br><br>Complaint Filed: June 9, 2016 |

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

CASE NO. 3:16-CV-03134-EMC

| | |
|---|---|
| 1 | THE BRANDI LAW FIRM |
| | Thomas J. Brandi, SBN 53208 |
| 2 | tjb@brandilaw.com |
| | Brian J. Malloy, SBN 234882 |
| 3 | bjm@brandilaw.com |
| 4 | 354 Pine Street, Third Floor |
| | San Francisco, CA 941 04 |
| 5 | 415.989.1800 |
| 6 | |
| | SLACK & DAVIS, LLP |
| 7 | Michael L. Slack, *pro hac vice* |
| | mslack@slackdavis. com |
| 8 | John R. Davis, SBN 308412 |
| | jdavis@slackdavis .com |
| 9 | 2705 Bee Cave Road, Suite 220 |
| 10 | Austin, TX 78746 |
| 11 | Attorneys for Plaintiff |
| | TODD JOHNSTON |

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

CASE NO. 3:16-CV-03134-EMC

**STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-12, Plaintiff Todd Johnston ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber") (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 22, 2017, the Court stayed the above-captioned case pending the outcome of various appeals in *O'Connor v. Uber Technologies, Inc.*, Ninth Circuit Court of Appeals, Case Nos. 14-16078, *et al.* related to the enforceability of arbitration agreements at issue in this case*;*

WHEREAS, on September 22, 2017, the Ninth Circuit Court of Appeals stayed *O'Connor v. Uber Technologies, Inc.,* Case Nos. 14-16078, *et al.* pending *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307) (collectively, *"Morris, et al."*);

WHEREAS, as a result of meet and confer efforts, the Parties agree that the November 30, 2017 Case Management Conference should be adjourned until after the United States Supreme Court has issued its decision in *Morris*, *et al.*;

WHEREAS, the Parties further agree that judicial and party resources would be conserved, and other efficiencies would be gained, if the November 30, 2017 Case Management Conference was adjourned pending the Supreme Court's decision in *Morris*, *et al.*;

WHEREAS, the Parties further agree that neither would be prejudiced by a delay in proceedings until after *Morris* and the consolidated cases are decided given that this case is already stayed pending the appeals in *O'Connor*, which are stayed pending a ruling in *Morris*, *et al*.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The November 30, 2017 Case Management Conference is adjourned pending the Supreme Court's decision in *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307).

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

CASE NO. 3:16-CV-03134-EMC

2. The Parties shall file a joint status report and proposal for setting a Case Management Conference within fourteen days of the decision in *Morris v. Ernst & Young, LLP*.

**IT IS SO STIPULATED**

Dated: November 16, 2017          Respectfully submitted,

                                  /s/ *Sophia Behnia*
                                  SOPHIA BEHNIA
                                  LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  UBER TECHNOLOGIES, INC.

Dated: November 16, 2017          THE BRANDI LAW FIRM


                                  /s/ *Brian J. Malloy*
                                  BRIAN J. MALLOY
                                  Attorneys for Plaintiff
                                  TODD JOHNSTON


I, Sophia Behnia, hereby attest that Mr. Malloy, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

                                  /s/ *Sophia Behnia*

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

2.

CASE NO. 3:16-CV-03134-EMC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The November 30, 2017 Case Management Conference is adjourned pending the Supreme Court's decision in *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307).

2. The Parties shall file a joint status report and proposal for setting a Case Management Conference within fourteen days of the decision in *Morris v. Ernst & Young, LLP*.

IT IS SO ORDERED.    Further CMC reset for 1/18/18 at 10:30 a.m.

Dated: 11/17, 2017

The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Firmwide:151247213.2 073208.1219

JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

3.

CASE NO. 3:16-CV-03134-EMC

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308