KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
CARLOS JIMENEZ, Bar No. 227534
cajimenez@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone: 212.583.9600
Facsimile: 212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

[*Additional Counsel Listed on Follow Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:16-CV-03134-EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Current CMC Date: January 18, 2018<br>Current CMC Time: 10:30 a.m.<br><br>Complaint Filed: June 9, 2016 |

THE BRANDI LAW FIRM
Thomas J. Brandi, SBN 53208
tjb@brandilaw.com
Brian J. Malloy, SBN 234882
bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 941 04
415.989.1800

SLACK & DAVIS, LLP
Michael L. Slack, *pro hac vice*
mslack@slackdavis. com
John R. Davis, SBN 308412
jdavis@slackdavis .com
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Attorneys for Plaintiff
TODD JOHNSTON

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

2

CASE NO. 3:16-CV-03134-EMC

# STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, Plaintiff Todd Johnston ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber") (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 22, 2017, the Court stayed the above-captioned case pending the outcome of various appeals in *O'Connor v. Uber Technologies, Inc.*, Ninth Circuit Court of Appeals, Case Nos. 14-16078, *et al.* related to the enforceability of arbitration agreements at issue in this case*;*

WHEREAS, on September 22, 2017, the Ninth Circuit Court of Appeals stayed *O'Connor v. Uber Technologies, Inc.,* Case Nos. 14-16078, *et al.* pending *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307) (collectively, *"Morris, et al."*);

WHEREAS, the Court has previously continued the Case Management Conference set for November 30, 2017 to January 18, 2018;

WHEREAS, as a result of meet and confer efforts, the Parties agree that the January 18, 2018 Case Management Conference should be continued pending the United States Supreme Court's decision in *Morris*, *et al.*; and

WHEREAS, the Parties believe it would be most efficient to continue the Case Management Conference to March 22, 2018 pending a ruling in *Morris*, *et al*.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for January 18, 2018, at 10:30 a.m., shall be continued to March 22, 2018.

2. Case Management Conference Statements shall be due on March 15, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference..

**IT IS SO STIPULATED**

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

3

CASE NO. 3:16-CV-03134-EMC

| | | |
|---|---|---|
| Dated: January 9, 2018 | | Respectfully submitted, |

/s/ *Sophia Behnia*
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: January 9, 2018          THE BRANDI LAW FIRM


/s/ *John R. Davis*
JOHN R. DAVIS
Attorneys for Plaintiff
TODD JOHNSTON


I, Sophia Behnia, hereby attest that Mr. Davis, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

/s/ *Sophia Behnia*

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

4

CASE NO. 3:16-CV-03134-EMC

**[PR~~O~~OSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Case Management Conference set for January 18, 2018, at 10:30 a.m., shall be continued to March 22, 2018.

2. Case Management Conference Statements shall be due on March 15, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: 1/11/18, ~~2017~~



IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:152162564.1 073208.1219

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER — 5 — CASE NO. 3:16-CV-03134-EMC

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308