| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | CARLOS JIMENEZ, Bar No. 227534 |
| | cajimenez@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 4 | Los Angeles, California 90067.3107 |
| | Telephone: 310.553.0308 |
| 5 | Facsimile: 310.553.5583 |
| 6 | ANDREW M. SPURCHISE, Bar No. 245998 |
| | aspurchise@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
| | 900 Third Avenue |
| 8 | New York, New York 10022.3298 |
| | Telephone: 212.583.9600 |
| 9 | Facsimile: 212.832.2719 |
| 10 | SOPHIA BEHNIA, Bar No. 289318 |
| | sbehnia@littler.com |
| 11 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 12 | San Francisco, California 94104 |
| | Telephone: 415.433.1940 |
| 13 | Facsimile: 415.399.8490 |
| 14 | Attorneys for Defendant |
| | UBER TECHNOLOGIES, INC. |
| 15 | |
| 16 | [*Additional Counsel Listed on Following Page*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons, | Case No. 3:16-CV-03134-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PR~~OPO~~SED] ORDER** |
| v. | Current CMC Date: July 12, 2018 |
| UBER TECHNOLOGIES, INC., a Delaware Corporation, | Current CMC Time: 10:30 a.m. |
| Defendant. | Complaint Filed: June 9, 2016 |
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1

CASE NO. 3:16-CV-03134-EMC

| | |
|---|---|
| 1 | THE BRANDI LAW FIRM |
| | Thomas J. Brandi, SBN 53208 |
| 2 | tjb@brandilaw.com |
| 3 | Brian J. Malloy, SBN 234882 |
| | bjm@brandilaw.com |
| 4 | 354 Pine Street, Third Floor |
| | San Francisco, CA 941 04 |
| 5 | Telephone: 415.989.1800 |
| 6 | |
| | SLACK & DAVIS, LLP |
| 7 | Michael L. Slack, *pro hac vice* |
| | mslack@slackdavis. com |
| 8 | John R. Davis, SBN 308412 |
| | jdavis@slackdavis .com |
| 9 | 2705 Bee Cave Road, Suite 220 |
| 10 | Austin, TX 78746 |
| 11 | Attorneys for Plaintiff |
| | TODD JOHNSTON |

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

2

CASE NO. 3:16-CV-03134-EMC

## STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, Plaintiff Todd Johnston ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber") (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 22, 2017, the Court stayed the above-captioned case pending the outcome of various appeals in *O'Connor v. Uber Technologies, Inc.*, Ninth Circuit Court of Appeals, Case Nos. 14-16078, *et al.* related to the enforceability of arbitration agreements at issue in this case;

WHEREAS, on September 22, 2017, the Ninth Circuit Court of Appeals stayed *O'Connor v. Uber Technologies, Inc.,* Case Nos. 14-16078, *et al.* pending *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307) (collectively, *"Morris, et al."*);

WHEREAS, on May 21, 2018, the United States Supreme Court issued its decision in *Morris, et al.*; and

WHEREAS, as a result of meet and confer efforts, the Parties agree that the July 12, 2018 Case Management Conference should be continued to August 30, 2018 pending the resolution of the *O'Connor* appeals at the Ninth Circuit.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for ~~July 12, 20~~18 [September 13, 2018], at 10:30 a.m., shall be continued to August 30, 2018.

2. Case Management Conference Statements shall be due on ~~August~~ 23, 2018 [September 6, 2018].

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

///

///

///

///

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

3

CASE NO. 3:16-CV-03134-EMC

**IT IS SO STIPULATED.**

Dated: June 21, 2018                               Respectfully submitted,


                                                   /s/ *Sophia Behnia*
                                                   SOPHIA BEHNIA
                                                   LITTLER MENDELSON, P.C.
                                                   Attorneys for Defendant
                                                   UBER TECHNOLOGIES, INC.

Dated: June 21, 2018                               SLACK & DAVIS, LLP


                                                   /s/ *John R. Davis*
                                                   JOHN R. DAVIS
                                                   Attorneys for Plaintiff
                                                   TODD JOHNSTON


I, Sophia Behnia, hereby attest that Mr. Davis, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

                                                   /s/ *Sophia Behnia*

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Case Management Conference set for July 12, 2018, at 10:30 a.m., shall be continued to ~~August 30, 2018~~ September 13, 2018 at 10:30 a.m. at _____ a/p~~.m.~~

2. Case Management Conference Statements shall be due on ~~August 23, 2018.~~ September 6, 2018

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: June 21, 2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Firmwide:155394518.2 073208.1219

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER — 5. — CASE NO. 3:16-CV-03134-EMC

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308