1 ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
2 LITTLER MENDELSON, P.C.
900 Third Avenue
3 New York, New York 10022.3298
Telephone: 212.583.9600
4 Facsimile: 212.832.2719

5 SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
6 LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
7 San Francisco, California 94104
Telephone: 415.433.1940
8 Facsimile: 415.399.8490

9 Attorneys for Defendant
UBER TECHNOLOGIES, INC.

[*Additional Counsel Listed on Following Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:16-CV-03134-EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PR~~OPO~~SED] ORDER**<br><br>Current CMC Date: September 13, 2018<br>Current CMC Time: 10:30 a.m.<br><br>Complaint Filed: June 9, 2016 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1

CASE NO. 3:16-CV-03134-EMC

THE BRANDI LAW FIRM
Thomas J. Brandi, SBN 53208
tjb@brandilaw.com
Brian J. Malloy, SBN 234882
bjm@brandilaw.com
354 Pine Street, Third Floor
San Francisco, CA 941 04
Telephone: 415.989.1800

SLACK & DAVIS, LLP
Michael L. Slack, *pro hac vice*
mslack@slackdavis. com
John R. Davis, SBN 308412
jdavis@slackdavis .com
2705 Bee Cave Road, Suite 220
Austin, TX 78746

Attorneys for Plaintiff
TODD JOHNSTON

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

2

CASE NO. 3:16-CV-03134-EMC

# STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, Plaintiff Todd Johnston ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber") (Plaintiff and Defendant are collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 22, 2017, the Court stayed the above-captioned case pending the outcome of various appeals in *O'Connor v. Uber Technologies, Inc.*, Ninth Circuit Court of Appeals, Case Nos. 14-16078, *et al.* related to the enforceability of arbitration agreements at issue in this case*;*

WHEREAS, on September 22, 2017, the Ninth Circuit Court of Appeals stayed *O'Connor v. Uber Technologies, Inc.,* Case Nos. 14-16078, *et al.* pending *Morris v. Ernst & Young, LLP,* 834 F.3d 975 (9th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-300) ("*Morris*"), consolidated with *Epic Sys. Corp. v. Lewis*, 823 F.3d 1147 (7th Cir. 2016), *cert. granted* (U.S. Jan. 13, 2017) (No. 16-285) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015) *cert. granted* (U.S. Jan. 13, 2017) (No. 16-307) (collectively, "*Morris, et al.*");

WHEREAS, on May 21, 2018, the United States Supreme Court issued its decision in *Morris, et al.*; and

WHEREAS, as a result of meet and confer efforts, the Parties agree that the September 13, 2018 Case Management Conference should be continued to October 25, 2018 pending the resolution of the *O'Connor* appeals at the Ninth Circuit.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The Case Management Conference set for September 13, 2018, at 10:30 a.m., shall be continued to October 25, 2018.

2. Case Management Conference Statements shall be due on October 18, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

///
///
///
///

LITTLER MENDELSON, P.C.
2049 CENTURY PARK EAST
5TH FLOOR
LOS ANGELES, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

3

CASE NO. 3:16-CV-03134-EMC

**IT IS SO STIPULATED.**

Dated: August 16, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Sophia Behnia*
　　　　　　　　　　　　　　　　　　　　SOPHIA BEHNIA
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　UBER TECHNOLOGIES, INC.

Dated: August 16, 2018

　　　　　　　　　　　　　　　　　　　　*/s/ John R. Davis*
　　　　　　　　　　　　　　　　　　　　JOHN R. DAVIS
　　　　　　　　　　　　　　　　　　　　SLACK & DAVIS, LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　TODD JOHNSTON

I, Sophia Behnia, hereby attest that Mr. Davis, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

　　　　　　　　　　　　　　　　　　　　/s/ *Sophia Behnia*

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

4.

CASE NO. 3:16-CV-03134-EMC

# [PRO~~POSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Case Management Conference set for September 13, 2018, at 10:30 a.m., shall be continued to October 25, 2018 at 1~~0:30 a.m.~~ 1:30 p.m.

2. Case Management Conference Statements shall be due on October 18, 2018.

3. The above-captioned case shall remain STAYED until the next Case Management Conference.

IT IS SO ORDERED.

Dated: 8/17 , 2018 _____



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

Firmwide:156532376.2 073208.1219

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER — 5. — CASE NO. 3:16-CV-03134-EMC