# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 30, 2019     **Time:** 3:59 – 4:59 = 1 Hour     **Judge:** EDWARD M. CHEN

**Case No.**: 16-cv-03134-EMC     **Case Name:** Todd Johnston v. Uber Technologies, Inc.

**Attorney for Plaintiff:** John Davis
**Attorneys for Defendant:** Sophia Behnia, Keith Jacoby

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Marla Knox

## PROCEEDINGS

[110] Motion to Compel - held.

## SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission.