ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York  10022.3298
Telephone:    212.583.9600
Facsimile:    212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD JOHNSTON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  3:16-CV-03134-EMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PER RULE 41(a)(1)(ii)** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Todd Johnston and Defendant Uber Technologies, Inc., by and through their respective counsel of record, hereby submit this joint stipulation for dismissal of the above captioned case with prejudice.

WHEREAS, on June 9, 2016, Plaintiff a proposed class action against Defendant in the United States District Court, Northern District of California, Case No. 33:16-cv-03134-EMC ("Complaint") alleging claims for violation of the WARN Act;

WHEREAS, on April 13, 2017, Defendants filed a motion to compel Plaintiff to arbitrate his claim on an individual basis and to dismiss his class claims;

WHEREAS, on June 22, 2017, the Court stayed this matter because of pending appeal at the Ninth Circuit regarding the validity of Defendant's arbitration agreements (*see O'Connor et al. v. Uber Techs., Inc.*, Ninth Circuit Case No. 15-17475);

WHEREAS, on March 14, 2018, the Court administratively denied without prejudice Defendant's motion to compel arbitration because of the length of the pending of the appeals;

WHEREAS, on September 25, 2018, the United States Court of Appeals for the Ninth Circuit issued its opinion in *O'Connor*, reversing this Court's order denying Defendant's motion to compel arbitration;

WHEREAS, on July 11, 2019, Defendant refiled a motion to compel arbitration and the Court granted that motion on September 9, 2019;

WHEREAS, the proposed classes are not certified in this matter and no motion for certification has been made or is pending;

WHEREAS, the Parties have settled their dispute on an individual basis; and

WHEREAS, after conferences between the Parties, the Parties have mutually agreed to dismiss Plaintiffs' complaint in this matter, with prejudice.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, through their respective counsel, as follows:

1. Plaintiff hereby dismisses the above-captioned matter and all causes of action therein with prejudice; and

2. The Parties agree to bear their own costs.

**IT IS SO STIPULATED.**

**DATED:** September 1, 2020         **SLACK DAVIS SANGER, LLP**

*/s/ John R. Davis*

By:  John R. Davis
Counsel for Plaintiff, TODD JOHNSTON on behalf of themselves and all others similarly situated

**DATED:** September 8, 2020         **LITTLER MENDELSON, P.C.**

*/s/ Sophia Behnia*

By:  Sophia Behnia
Counsel for Defendants, UBER TECHNOLOGIES, INC.

Pursuant to Local Rule [illegible] the filing of this document has been obtained from each of the other [illegible]

**DATED:** September 8, 2020         */s/ Sophia Behnia*

By:  Sophia Behnia
Counsel for Defendants, UBER TECHNOLOGIES, INC.

Dated: 9/9/2020

**FILED [GRANTED]**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA